USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 99-1455 JESUS M. PADRO-MEDINA, Plaintiff, Appellant. ______________________  IVELISSE MALDONADO-RIVERA, ET AL.,  Plaintiffs,  v. JAIME G. MIGUELES, ANGEL CARLO-GUTIERREZ AND PEDRO TOLEDO-DAVILA, ET AL.,  Defendants, Appellees.    APPEAL FROM THE UNITED STATES DISTRICT COURT  FOR THE DISTRICT OF PUERTO RICO  [Hon. Juan M. Perez-Gimenez, U.S. District Judge]    Before  Torruella, Chief Judge, Boudin and Lipez, Circuit Judges.    Lydia Lizarribar-Masini, on brief for plaintiff Jesus M.Padro-Medina. Gustavo A. Gelpi, Solicitor General, Edda Serrano-Blasini,Deputy Solicitor General, and Sylvia Roger Stefani, AssistantSolicitor General, Department of Justice, on brief for appelleesPedro Toledo, Jaime Migueles and Angel Carlo-Gutierrez.December 9, 1999 Per Curiam. After a careful review of the record and the submissions of the parties, we affirm. The record before us shows "extremely protracted inaction (measured in years) [and] disobedience of court orders." Benjamin v. Aroostook Medical Ctr., Inc., 57 F.3d 101, 108 (1st Cir. 1995) (quotation marks and citation omitted). The case was over three and one- half years old when it was dismissed, during which time counsel for appellant served only one set of interrogatories, failed to respond to her opponent's interrogatories, failed to answer a motion to dismiss, and missed without notice or excuse the only depositions she scheduled. Counsel failed to appear at a status conference as ordered by the court, and then failed to explain her absence from that conference when defendants sought dismissal. The court did not abuse its discretion in removing this case from its docket. Angulo-Alvarez v. Aponte de la Torre, 170 F.3d 246, 251 (1st Cir. 1999) (dismissals under Fed.R.Civ.P. 41(b) reviewed for abuse of discretion)  (citations omitted). Affirmed. 1st Cir. Loc. R. 27(c).